```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20
```

**Jaguar Driving School, Inc.**
**20-17 College Point Boulevard**
**College Point, New York 11356**

RECEIVED
SEP 13 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Honorable William H. Pauley III
at 500 Pearl Street, Room 2210
New York New York 10007

**BY FAX: 212-805-6390**

Re:   <u>Jaguar Cars Limited v. Jaguar Driving Inc. (12 CV 5603 (WHP)</u>

Dear Honorable William H. Pauley III:

After being in receipt of your Motion and request for a pre-motion conference on scheduled on September 14, 2012 room 2210 court room 11 D at 11:00 am before you the Honorable William H. Pauley III. Our office has determined that we are not qualified to appear and defend this Pre-motion conference as pro-se. <u>We are asking your office to agree to adjourn this conference to allow our company to seek legal representation.</u>

We have also contacted the plaintiff, Frankfurt Kurnit Klein & Selz PC who has agreed to the adjournment with your Clerk seek the same request. Please fax your or mail or phone the adjournment date to us at the above mentioned address or fax number 718-353-3722.

Respectively submitted,

*[signature]*
Jaguar Driving School Inc.

OUR #
718-701-0910

Application granted. The pre-motion conference is rescheduled to October 12 at 2pm.

Cc: Frankfurt Kurnit Klein & Selz PC

SO ORDERED:
*[signature]* 9/20
WILLIAM H. PAULEY III U.S.D.J.